## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-61240-JB-LR

HALO SYNERGY GROUP, INC., a
Nebraska corporation; IDASAAS, LLC, a
Nebraska limited liability company; and TD
RECOVERY, LLC, a Nebraska limited
liability company,

        Plaintiffs,

vs.

RTS OF BROWARD CORP, a Florida
corporation; and MASTEC NORTH
AMERICA, INC., a Florida corporation; and
USIC, LLC, an Indiana limited liability
company.

        Defendants,

RTS OF BROWARD CORP, a Florida
Corporation,

        Cross-Plaintiff,

vs.

USIC, LLC, an Indiana Limited Liability
Company; and MASTEC, INC., a Florida
Corporation,

        Cross-Defendants.

## JOINT STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiffs Halo Synergy Group, Inc., IDASAAS, LLC, and TD Recovery, LLC, and Defendants RTS of Broward Corp., MasTec North America, Inc., and USIC, LLC, all by and through their respective undersigned counsel, stipulate to and move for entry of the proposed protective order attached as Exhibit 1. A protective order is necessary to preserve the confidentiality of private and proprietary information contained in documents to be exchanged by

1

the parties in this action during discovery. Counsel for all parties have reviewed the proposed protective order, consent and stipulate to its entry to govern discovery of confidential information in this case and believe that the protective order complies with the Court's rules and procedures.

WHEREFORE, the parties respectfully request that the Court enter the proposed protective order submitted with this Joint Stipulated Motion.

DATED this 20th day of June, 2024.

                        HALO SYNERGY GROUP, INC., IDASAAS, LLC, and TD RECOVERY, LLC, Plaintiffs,

By:   *s/ Dena B. Sacharow*
        Dena Sacharow, FBN 84640
        KELLER LANDSBERG PA
        Broward Financial Centre
        500 East Broward Blvd., Suite1400
        Fort Lauderdale, FL 33394
        (954) 761-3350
        dena.sacharow@kellerlandsberg.com

By    *s/ Bonnie Boryca*
        Bonnie Boryca, Nebraska #24886
        ERICKSON | SEDERSTROM, P.C.
        Regency Westpointe
        10330 Regency Parkway Drive, Suite 100
        Omaha, NE  68114
        (402) 397-2200
        boryca@eslaw.com
        PRO HAC VICE ADMITTED

        For the Plaintiffs

and

By:   *s/ Brian D. Equi*
        Brian D. Equi
        Bowman and Brooke, LLP
        1064 Greenwood Boulevard, Suite 212
        Lake Mary, Florida 32746
        Brian.equi@bowmanandbrooke.com

For Defendant MasTec North America, Inc.

By:  *s/ Melissa V. Jordan*
Melissa V. Jordan
Hamilton, Miller & Birthisel. LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
mjordan@hamiltonmillerlaw.com

For Defendant RTS of Broward, Corp.

By:  *s/ Travis J. Foels*
Steven J. Rothman, B.C.S.
Travis J. Foels
Jones Foster PA
505 S. Flagler Drive, Suite 1100
West Palm Beach, FL 33401
srothman@jonesfoster.com
tfoels@jonesfoster.com

For Defendant USIC, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2024, a true and correct copy of the foregoing document was served on all counsel of record via ECF filing.

By:  *s/ Dena B. Sacharow*
Dena Sacharow, FBN 84640
KELLER LANDSBERG PA
Broward Financial Centre
500 East Broward Blvd., Suite 1400
Fort Lauderdale, FL 33394
(954) 761-3350
dena.sacharow@kellerlandsberg.com

3